# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

RICARDO P.,

_____
*Plaintiff*                                                  )
                                                             )
v.                                                           )
                                                             )
COMMISSIONER OF SOCIAL SECURITY,                             )
                                                             )
_____
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Mar 29, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   1:17-CV-03206-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 11) is Denied.
            Defendant's Motion for Summary Judgment (ECF No. 15) is Granted.
            Judgment entered in favor of the Defendant.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Robert H. Whaley _____ on cross-motions for summary

   judgment.

Date:  March 29, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Angela Noel
_____
*(By) Deputy Clerk*

Angela Noel
_____